PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:24-po-00199-AC |
|---|---|---|
| Plaintiff, | ) ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE BENCH TRIAL; PROOF OF SERVICE |
| v. | ) ) | |
| PHE X. BACH, | ) ) | DATE: September 30, 2024 TIME: 9:00 a.m. |
| Defendant. | ) ) | JUDGE: Honorable Allison Claire |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:24-po-00199-AC is GRANTED.

    It is further ordered that the bench trial scheduled on September 30, 2024, is vacated.

    IT IS SO ORDERED.

Dated: September 16, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE BENCH TRIAL      1      U.S. v. PHE X. BACH